IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| R.F. TECHNOLOGIES, INC. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>EXACT INSPIRED SOLUTIONS, INC., and )<br>EXACT SOFTWARE NORTH )<br>AMERICA, INC., )<br>)<br>    Defendants. ) | No. 07-CV-40-WDS |

**O R D E R**

**STIEHL, District Judge:**

Before the Court is plaintiff's response (Doc. 14) to the Court's Order dated November 14, 2007 (Doc. 13). Plaintiff's response advises the Court that it does not have access to or possess signed and dated copies of the documents that the Court requested from plaintiff in its Order dated November 14, 2007. Plaintiff believes that defendants may possess those documents. The Court notes that, before it can reach the merits of the pending motion to dismiss filed by defendants, it must assess the documents it requested from plaintiff. Therefore, the Court **DIRECTS** defendants to provide to the Court and to plaintiff signed and dated copies of the documents that the Court requested from plaintiff in its November 14th Order within seven (7) days of this Order or to show cause as to why it cannot comply with this Order.

**IT IS SO ORDERED.**

**DATED: November 30, 2007**

                                    s/ WILLIAM D. STIEHL
                                       **District Judge**